**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1997**

In re: MAJOR MIKE WEBB,

        Petitioner.

On Petition for Writ of Mandamus.

Submitted:  February 23, 2021          Decided:  February 25, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Michael David Webb, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael David Webb, a.k.a. Major Mike Webb, petitioned this court for a writ of mandamus seeking an order enjoining early voting in Virginia in the 2020 general election and compelling the Virginia State Board of Elections to apply the "pandemic exception" and place Webb on the ballot even though Webb had not received the necessary signatures to qualify for placement on the ballot. This court does not have jurisdiction to grant mandamus relief against state officials. *Gurley v. Superior Ct. of Mecklenburg Cnty.*, 411 F.2d 586, 587 (4th Cir. 1969) (per curiam). Accordingly, we deny Webb's original and supplemental petitions for a writ of mandamus. We deny as moot Webb's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*